IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr327

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| ORLANDO HERNANDEZ | ) | |
| | ) | |

**THIS MATTER** was scheduled for sentencing hearing on October 24, 2005, at 9:30 a.m. A notice of the hearing was mailed to counsel for the defendant on or about September 19, 2005. A interpreter was employed by the Court to translate during the hearing. The United States Marshals Service transported the defendant to the hearing. Counsel for the government and the United States Probation Officer were present and prepared to proceed. However, counsel for the defendant failed to appear for the hearing.

**IT IS, THEREFORE, ORDERED,** that counsel for the defendant will appear on Monday, October 31, 2005, at 3 p.m., to show cause why he should not be held in contempt. The sentencing hearing of the defendant will follow.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

**Signed: October 24, 2005**

_____
Robert J. Conrad, Jr.
United States District Judge